Commonwealth ex rel. Harris, Appellant, *v.*
Myers.

Submitted March 22, 1961.   Before RHODES, P. J.,
ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and
FLOOD, JJ.

*William Harris,* appellant, in propria persona.

*Anthony J. Smith* and *Arlen Specter,* Assistant
District Attorneys, *Paul M. Chalfin,* First Assistant
District Attorney, and *James C. Crumlish, Jr.,* District
Attorney, for appellee.

646

OPINION PER CURIAM, April 13, 1961:

The order of the court below is affirmed on the opinion of Judge GUERIN of the Court of Common Pleas No. 4 of Philadelphia County, as reported in 23 Pa. D. & C. 2d 701.